**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
Andrew S. Cowan (SBN: 165435)
acowan@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorneys for Defendant Tony Ye

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIANYUN "TONY" YE,<br><br>Defendant. | CASE NO: 19-CR-0111-2-VC<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR EARLY TERMINATION OF SUPERVISED RELEASE; [PROPOSED] ORDER** |

Defendant Tony Ye, by and through his counsel Andrew S. Cowan, brings the following *ex parte* application for early termination of his term of supervised release. Neither the United States Probation Office nor the government oppose this request.

On May 20, 2021 Mr. Ye pleaded guilty to conspiracy to defraud the United States (18 U.S.C. § 371) and obstruction of justice (18 U.S.C. § 1512(b)(3)). On November 17, 2021 the Hon. Lucy H. Koh sentenced Mr. Ye to 12 months imprisonment and a term of three years supervised release. Mr. Ye served his sentence without incident and began his term of supervised release on December 3, 2022. At present, he has roughly 18 months left to go on his three-year term. Mr. Ye

has had no issues whatsoever on supervised release. He is employed full-time as a Market Analyst at Hometown Realty and Loans, Inc., San Mateo CA.

Mr. Ye now seeks early termination of his supervised release so that he can deal with a serious family situation, as described below:

When Mr. Ye began serving his prison sentence, both of his parents were elderly and in poor health. His mother was the principal caretaker for his father, who suffers from advanced Parkinson's. His mother passed away while Mr. Ye was in custody, and the only option was to put his father (now 88) in a nursing home. It is a bad situation. Mr. Ye's father spends his entire day in a wheelchair or in bed. Making this situation even worse is the fact that he is a native Chinese speaker who does not speak or understand English. So he has nobody to talk to and cannot even understand domestic TV shows.

Mr. Ye wants to place his father in a nursing home in Tianjan, China (his hometown), where he will be surrounded by people he can converse with. Arranging this, however, is no simple matter, and will require Mr. Ye to spend a period of time in China to visit facilities and get his dad settled. It would be effectively impossible for him to stay in touch with his probation officer while he is overseas; internet restrictions in China make it very difficult (if not impossible) to file his online monthly supervision report.

Mr. Ye has been a model supervisee since beginning his supervised release in December 2022. He has complied with all conditions and has had no problems whatsoever.

1  There is no opposition to Mr. Ye's *ex parte* request.  Mr. Ye's United States
2  Probation Officer, Leon Dang, stated on March 18, 2024 that he does not oppose
3  early termination.  Assistant United States Attorney Lloyd Farnham, who previously
4  handled Mr. Ye's case, similarly stated on May 8, 2024 that he also does not oppose
5  this request.

6  For these reasons, Mr. Ye respectfully asks that the Court grant his request to
7  terminate his supervised release, effective immediately.

Dated: May 15, 2024   **HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**

By: */s/ Andrew S. Cowan*
    Andrew S. Cowan
    Attorneys for Defendant Tony Ye

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, based on the unopposed *ex parte* application of the defendant, and good cause appearing, that the three-year term of supervised release for defendant Tony Ye shall be terminated, effective immediately.

IT IS SO ORDERED.

DATED:_____          _____
                                HON. VINCE CHHABRIA
                                United States District Judge

HOLMES, ATHEY COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017