ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

JINA L. CHOI (CABN 326935)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    jina.choi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-111 LHK-2 (VC) |
| Plaintiff, | UNITED STATES' RESPONSE TO COURT ORDER DATED MAY 16, 2024 |
| v. | |
| JIANYUN "TONY" YE, | |
| Defendant. | |

In response to the Court's order dated May 16, 2024, the government confirms that it does not oppose the motion for early termination of supervised release filed in the above-captioned matter by Defendant Tony Ye.  *See* Dkts. 116, 117.

DATED: May 17, 2024                      Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                     /s
                                                JINA L. CHOI
                                                Assistant United States Attorney