| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 6 mins | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Susie Barrera | | LIBERTY RECORDING:<br>1:02-1:08pm | | |
| MAGISTRATE JUDGE<br>Susan van Keulen | DATE<br>March 14, 2025 | | NEW CASE ☐ | CASE NUMBER<br>19cr00111-BLF | |

### APPEARANCES

| DEFENDANT<br>Danhong "Jean" Chen | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Hartley West Specially Appearing | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Lloyd Farnham | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Shafia Khanoon | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED  ☐ CASH $    CORPORATE SECURITY ☐    REAL PROPERTY: ☐

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | criminal history only | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO:<br>3/19/2025 | ☒ ATTY APPT HRG / ID COUNSEL | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:00pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Judge van Keulen | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. DISPO HEARING |

### ADDITIONAL PROCEEDINGS

Ms. West informs Court retainer has not been completed. AFPD Karthik Raju has been excused. Defense Counsel requests criminal history only. Pretrial to conduct criminal history review at defendant's request. Government informs Court he has notified Chinese consulate.

DOCUMENT NUMBER: