# EXHIBIT B – CONFIDENTIAL
# FILED CONDITIONALLY UNDER SEAL